UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL MORALES,

    **Plaintiff,**

v.                                    Case No.: 8:25-cv-2277-KKM-AAS

HILLSBOROUGH COUNTY
SHERIFF'S OFFICE, et al.,

    **Defendants.**
_____/

## ORDER

Defendant, Hillsborough County Sheriff's Office, District 3 (HCSO) moves to quash service of process. (Doc. 20). Plaintiff Michael Morales opposes the motion. (Doc. 33).

On September 12, 2025, Mr. Morales filed his Amended Complaint against HCSO. (Doc. 6). On September 19, 2025, a Summons in a Civil Action was issued as to HCSO. (Doc. 7). On September 26, 2025, the Summons and Amended Complaint addressed to Officer Doe was served on "Jessie Eaton (Legal)" at the Hillsborough County Sheriff's Office address at "2008 E. 8th Ave., Tampa, FL 33605," per the Process Receipt and Return. (Doc. 9).

Only "Sheriff Chad Chronister, in his Official Capacity as Sheriff of Hillsborough County, Florida," can be properly named as a party to a lawsuit. *See Keck v. Seminole County Sheriff's Office*, No. 6:10-cv-847-Orl-31GJK, 2010

1

WL 2822011, at *2 (M.D. Fla. 2010); *Levine v. Sarasota County Sheriff's Office*, No. 8:06-cv-680-T-24MSS, 2006 WL 2037151, 2 (M.D. Fla. 2006). In addition, "the exclusive remedy for injury or damage suffered as a result of an act, event, or omission of an officer, employee, or agent of the state or any of its subdivisions or constitutional officers shall be by action against the governmental entity, or the head of such entity in her or his official capacity." Fla. Stat. § 768.28(9).

Because HCSO is not an "agency" under Florida law or a "subdivision" of the State of Florida, it is not a legal entity that can be sued. Accordingly, HCSO's motion to quash service of process (Doc. 20) is **GRANTED**.

**ORDERED** in Tampa, Florida, on November 18, 2025.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge